Olivier A. Beabeau (#020986)
Cheyenne A. McLain (#038623)
GALBUT BEABEAU, P.C.
6720 N. Scottsdale Road, Suite 305
Scottsdale, Arizona 85253
Phone:  602.955.1455
docket@gb.law
Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kannyn January and Colby Courter, a married couple; and Jon V A, Incorporated, a California corporation, | Case No. 2:24-cv-03695-SMB |
| Plaintiffs, | **AMENDED JOINT NOTICE OF SETTLEMENT** |
| vs. | (Assigned to the Hon. Susan M. Brnovich) |
| Barbara Renee Schreihans and Matthew Edmund French, a married couple; Frenchans, LLC, an Arizona limited liability company; Your Tax Coach, LLC, an Arizona limited liability company; Vestige, LLC, a Florida limited liability company; Johnny Dominguez and Jane Doe Dominguez, a married couple; and John and Jane Does, as trustees of the Renseignement Trust, | |
| Defendants. | |

Plaintiffs Kannyn January, Colby Courter, and Jon VA, Incorporated and Defendants Barbara Renee Schreihans, individually and as Trustee of the Renseignement Trust, Matthew Edmund French, individually and as Trustee of the Renseignement Trust, Frenchans, LLC, and Your Tax Coach, LLC, (collectively, the "Frenchans Defendants") file this amended notice to correct the Joint Notice of Settlement (Doc. 36) they filed June 30, 2025 to accurately reflect the settling parties.

Only Plaintiffs and the Frenchans Defendants have reached a settlement in connection with this action. The other parties to this litigation, namely Defendants Vestige

LLC and Johnny and Jane Doe Dominguez, are not parties to the noticed settlement and have not appeared in this proceeding. Plaintiffs' claims against Defendants Vestige LLC and Johnny and Jane Doe Dominguez have not been resolved and Plaintiffs intend to pursue these claims in this action.

The undersigned parties anticipate filing a stipulation for dismissal and corresponding form of order of dismissal of the Frenchans Parties only before August 14, 2025, the date set by the Court for dismissal. Plaintiffs will not dismiss, and will retain, all claims against Defendants Vestige LLC and Johnny and Jane Doe Dominguez.

RESPECTFULLY SUBMITTED this 29th day of July, 2025.

**GALBUT BEABEAU, P.C.**


By:/s/ Olivier A. Beabeau
    Olivier A. Beabeau
    Cheyenne A. McLain
    Attorneys for Plaintiffs


**MOYES SELLERS & HENDRICKS LTD**


By:/s/ Cody J. Jess, with permission
    Cody J. Jess
    Natalya Ter-Grigoryan
    Attorneys for Defendants Frenchans, LLC,
    Your Tax Coach, LLC, Barbara Schreihans,
    and Matthew French

## NOTICE OF ELECTRONIC FILING

I hereby certify that on July 29, 2025, I electronically filed the foregoing with the Clerk of Court for filing and uploading to the CM/ECF system which will send notification of such filing to all parties of record.


/s/ N. Sunshine Nye