Olivier A. Beabeau (#020986)
Cheyenne A. McLain (#038623)
GALBUT BEABEAU, P.C.
6720 N. Scottsdale Road, Suite 305
Scottsdale, Arizona 85253
Phone:   602.955.1455
docket@gb.law
Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kannyn January and Colby Courter, a married couple; and Jon V A, Incorporated, a California corporation,<br><br>   Plaintiffs,<br>   vs.<br><br>Barbara Renee Schreihans and Matthew Edmund French, a married couple; Frenchans, LLC, an Arizona limited liability company; Your Tax Coach, LLC, an Arizona limited liability company; Vestige, LLC, a Florida limited liability company; Johnny Dominguez and Jane Doe Dominguez, a married couple; and John and Jane Does, as trustees of the Renseignement Trust,<br><br>   Defendants. | Case No. 2:24-cv-03695-SMB<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO:**<br><br>**BARBARA RENEE SCHREIHANS, INDIVIDUALLY AND AS TRUSTEE OF THE RENSEIGNEMENT TRUST,**<br><br>**MATTHEW EDMUND FRENCH, INDIVIDUALLY AND AS TRUSTEE OF THE RENSEIGNEMENT TRUST,**<br><br>**FRENCHANS, LLC, AND**<br><br>**YOUR TAX COACH, LLC**<br><br>(Assigned to the Hon. Susan M. Brnovich) |

   Plaintiffs and Defendants Barbara Renee Schreihans, individually and as Trustee of the Renseignement Trust, Matthew Edmund French, individually and as Trustee of the Renseignement Trust, Frenchans, LLC, and Your Tax Coach, LLC, (collectively, the "Frenchans Parties") have reached a settlement in connection with this action.

   Plaintiffs and the Frenchans Parties agree to dismiss with prejudice all claims asserted against each other in this action. Plaintiffs and the Frenchans Parties will bear their own attorneys' fees and costs in connection with the dismissed claims.

A proposed form of order effectuating the dismissal of claims is filed contemporaneously herewith.

RESPECTFULLY SUBMITTED this 6th day of August, 2025.

**GALBUT BEABEAU, P.C.**

By: /s/ Olivier A. Beabeau
    Olivier A. Beabeau
    Cheyenne A. McLain
    Attorneys for Plaintiffs

**MOYES SELLERS & HENDRICKS**

By: /s/ Cody J. Jess, with permission
    Cody J. Jess
    Natalya Ter-Grigoryan
    Attorneys for the Frenchans Defendants

**NOTICE OF ELECTRONIC FILING**

I hereby certify that on August 6, 2025, I electronically filed the foregoing with the Clerk of Court for filing and uploading to the CM/ECF system which will send notification of such filing to all parties of record.

/s/ N. Sunshine Nye