# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kannyn January and Colby Courter, a married couple; and Jon V A, Incorporated, a California corporation,<br><br>  Plaintiffs,<br>  vs.<br><br>Barbara Renee Schreihans and Matthew Edmund French, a married couple; Frenchans, LLC, an Arizona limited liability company; Your Tax Coach, LLC, an Arizona limited liability company; Vestige, LLC, a Florida limited liability company; Johnny Dominguez and Jane Doe Dominguez, a married couple; and John and Jane Does, as trustees of the Renseignement Trust,<br><br>  Defendants. | Case No. 2:24-cv-03695-SMB<br><br>**ORDER OF DISMISSAL WITH PREJUDICE AS TO:**<br><br>**BARBARA RENEE SCHREIHANS, INDIVIDUALLY AND AS TRUSTEE OF THE RENSEIGNEMENT TRUST,**<br><br>**MATTHEW EDMUND FRENCH, INDIVIDUALLY AND AS TRUSTEE OF THE RENSEIGNEMENT TRUST,**<br><br>**FRENCHANS, LLC, AND**<br><br>**YOUR TAX COACH, LLC**<br><br>(Assigned to the Hon. Susan M. Brnovich) |

Pursuant to the filed Stipulation for Dismissal with Prejudice as to Defendants Barbara Renee Schreihans, individually and as Trustee of the Renseignement Trust, Matthew Edmund French, individually and as Trustee of the Renseignement Trust, Frenchans, LLC, and Your Tax Coach, LLC (collectively, the "Frenchans Parties"), and for good cause shown:

IT IS HEREBY ORDERED dismissing all claims in the above-captioned action against the Frenchans Parties only, with prejudice, with the Plaintiffs and the Frenchans Parties to bear their own attorneys' fees and costs in connection with the dismissed claims.