Olivier A. Beabeau (#020986)
Cheyenne A. McLain (#038623)
GALBUT BEABEAU, P.C.
6720 N. Scottsdale Road, Suite 305
Scottsdale, Arizona 85253
Phone:   602.955.1455
docket@gb.law
Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kannyn January and Colby Courter, a married couple; and Jon V A, Incorporated, a California corporation,<br><br>Plaintiffs,<br>vs.<br><br>Barbara Renee Schreihans and Matthew Edmund French, a married couple; Frenchans, LLC, an Arizona limited liability company; Your Tax Coach, LLC, an Arizona limited liability company; Vestige, LLC, a Florida limited liability company; Johnny Dominguez and Jane Doe Dominguez, a married couple; and John and Jane Does, as trustees of the Renseignement Trust,<br><br>Defendants. | Case No. 2:24-cv-03695-SMB<br><br>***EX PARTE* APPLICATION TO WITHDRAW AS COUNSEL WITH CLIENT CONSENT**<br><br>(Assigned to the Hon. Susan M. Brnovich) |

Olivier A. Beabeau and Cheyenne A. McLain, pursuant to LRCiv 83.3(b), respectfully move the Court for an order permitting their withdrawal as counsel of record for Plaintiffs Kannyn January, Colby Courter, and Jon V A Incorporated for the reason that said Plaintiffs desire to transition to substitute counsel for the next phase of the litigation.

Plaintiffs' consent to the withdrawal of Counsel is evidenced by the written approval attached hereto. Plaintiffs' contact information is below:

>Kannyn January
>Colby Courter
>Jon V A Incorporated
>272 Baron Canyon Ranch Road
>San Luis Obispo, California 93401
>805-709-2454

Upon issuance of the accompanying order granting the withdrawal, undersigned counsel will provide prompt notice of the entry of the order, together with the name, last known address, and last known telephone number of Plaintiffs to all other parties or their attorneys.

RESPECTFULLY SUBMITTED this 16th day of September, 2025.

>GALBUT BEABEAU, P.C.
>
>
>By:/s/ Olivier A. Beabeau
>Olivier A. Beabeau
>Cheyenne A. McLain
>Attorneys for Plaintiffs

### **NOTICE OF ELECTRONIC FILING**

I hereby certify that on September 16, 2025, I electronically filed the foregoing with the Clerk of Court for filing and uploading to the CM/ECF system.

/s/ N. Sunshine Nye

| | |
|---|---|
| **From:** | Olivier Beabeau |
| **To:** | Olivier Beabeau |
| **Subject:** | FW: Next Steps and Final Settlement Documents |
| **Date:** | Friday, September 12, 2025 2:58:13 PM |
| **Attachments:** | image001.jpg |

**From:** Kannyn January <kannyn@shopambiance.com>
**Sent:** Friday, September 12, 2025 2:09 PM
**To:** Cheyenne McLain <cmclain@gb.law>
**Cc:** Colby Courter <colbycourter@yahoo.com>; Accounting Ambiance <accounting@shopambiance.com>; Sunshine Nye <snye@gb.law>; e-file <e-file@gb.law>; Olivier Beabeau <obeabeau@gb.law>
**Subject:** Re: Next Steps and Final Settlement Documents

Yes

On Fri, Sep 12, 2025 at 2:03 PM Cheyenne McLain <cmclain@gb.law> wrote:

> Thank you Kannyn. Will you please confirm we have your consent to file the Motion to Withdraw by replying yes to this email.
>
> -Cheyenne
>
> **CHEYENNE A. MCLAIN**
> 6720 N. Scottsdale Road, Suite 305, Scottsdale, Arizona 85253
> 602.955.1455  |  www.gb.law  |  Connect on LinkedIn  |  Follow Galbut Beabeau
>
> 
>
> This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.